IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

FILED BY /s/ D.C.

05 SEP 23 PM 2:49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CR. No.: 04-20476-D

BILLY SCOTT,

    Defendant.

## ORDER GRANTING MOTION TO CONTINUE SENTENCING DATE

IT APPEARING to the Court that Defendant's motion to continue the currently scheduled sentencing date is well taken, not opposed and ought to be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the sentencing date of the Defendant BILLY SCOTT is hereby re-set to November 7, 2005 at 1:00 ~~AM~~/PM.

**IT IS SO ORDERED.**

/s/ Bernice Bouie Donald
THE HONORABLE
BERNICE DONALD
JUDGE
UNITED STATES DISTRICT COURT

September 20, 2005
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9/26/05

135

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 135 in case 2:04-CR-20476 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT